UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA F. MARTIN-TYLER,

    Plaintiff,

vs.

Case No. 10-13237

AMERICAN ARBITRATION ASSOCIATION,

Hon. Patrick J. Duggan
Magistrate Judge:
Virginia M. Morgan

    Defendant.

_____/

| | |
|---|---|
| MONICA F. MARTIN-TYLER<br>In Pro Per<br>20087 Braile Street<br>Detroit, MI 48219<br>(313) 533-6831 | THERESA SMITH LLOYD (P29963)<br>PLUNKETT COONEY<br>Attorney for Defendant<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4005<br>(248) 901-4040 (fax)<br>tlloyd@plunkettcooney.com |

_____/

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AND WITHOUT
## COSTS, INTEREST OR ATTORNEYS' FEES

    **NOW COME** the parties, either individually, or by and through their respective attorneys and hereby stipulate and agree to the entry of an Order of Dismissal With Prejudice and Without Costs, Interest or Attorneys' Fees.

| | |
|---|---|
| /s/ Monica F. Martin-Tyler | /s/ Theresa Smith Lloyd |
| MONICA F. MARTIN-TYLER<br>In Pro Per<br>20087 Braile Street<br>Detroit, MI 48219<br>(313) 533-6831 | THERESA SMITH LLOYD (P29963)<br>PLUNKETT COONEY<br>Attorney for Defendant<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4005<br>(248) 901-4040 (fax)<br>tlloyd@plunkettcooney.com |

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT
## COSTS, INTEREST OR ATTORNEYS' FEES

At a session of said Court, held in the United States District Court, Eastern District of Michigan, Southern Division on March 3, 2011.

PRESENT: HON. PATRICK J. DUGGAN
HONORABLE

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned lawsuit is dismissed with prejudice and without costs, interest or attorney's fees.

s/Patrick J.Duggan
HONORABLE PATRICK DUGGAN

Open.21516.03342.10691885-1

2